UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                         Case Number: 11-30151 GMB

Debtor: Joseph H. & Beverly A. Bone, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1824811 | Bank of America, N.A. | 1,132.47 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  November 13, 2013